IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:10-CV-199-RLV-DCK

| | |
|---|---|
| BRENDA KAY SMITH,<br><br>     Plaintiff,<br><br>v.<br><br>WYETH LLC, f/k/a WYETH, INC., and WYETH PHARMACEUTICALS, INC., PFIZER, INC., PHARMACIA & UPJOHN COMPANY LLC, PHARMACIA CORPORATION, and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>     Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) concerning Bryan F. Aylstock, filed February 3, 2011.  Mr. Aylstock seeks to appear as counsel *pro hac vice* for Plaintiff Brenda Smith.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Aylstock is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Brenda Smith.

Signed: February 3, 2011

David C. Keesler
United States Magistrate Judge